IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CR-40-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| WILLIAM J. RILEY ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on appeal of the decision of the United States Magistrate Judge, entered June 15, 2016. The clerk is DIRECTED to set and notice hearing in this matter during the August 2016 term of court. Any brief in support of appeal shall be filed on or before July 11, 2016, and any response brief shall be filed on or before August 1, 2016.

SO ORDERED, this the 20th day of June, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge